1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   LEOBARDO ZUNIGA-GOMEZ,

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:08-cr-0134 AWI
                                       )
12              *Plaintiff,*           )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE; ORDER
13         v.                          )
                                       )   Date:  February 9, 2009
14  LEOBARDO ZUNIGA-GOMEZ,             )   Time:  9:00 a.m.
                                       )   Judge: Hon. Anthony W. Ishii
15              *Defendant.*           )
                                       )
16  _____   )

17         IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel

18  of record that the Status Conference in the above captioned matter scheduled for January 20, 2009 at 9:00

19  a.m. may be continued to February 9, 2009 at 9:00 a.m.

20         The reason for this continuance is because the defense needs additional time to consider the

21  plaintiff's plea offer. Assistant United States Attorney, Karen Escobar, does not oppose this request.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties also agree that any delay resulting from this continuance shall be excluded in the

2  interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

3

4                                          McGREGOR W. SCOTT
                                          United States Attorney
5

6  DATED:  January 15, 2009          By:   /S/ Karen A. Escobar                    
                                          KAREN A. ESCOBAR
7                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff
8

9                                          DANIEL J. BRODERICK
                                          Federal Public Defender
10

11  DATED:  January 15, 2009          By  /s/ Victor M. Chavez                  
                                          VICTOR M. CHAVEZ
12                                          Assistant Federal Defender
                                          Attorney for Defendant
13                                          Leobardo Zuniga-Gomez

14

15

16

17

18                                 **O R D E R**

19

20  IT IS SO ORDERED.

21  **Dated:    January 16, 2009**              **/s/ Anthony W. Ishii**          
                                          CHIEF UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hrg