DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LEOBARDO ZUNIGA-GOMEZ,

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>    v.<br><br>LEOBARDO ZUNIGA-GOMEZ,<br><br>        *Defendant.* | NO. 1:08-cr-0134 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:  August 3, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for June 29, 2009 at 9:00 a.m. may be continued to **August 3, 2009 at 9:00 a.m.**

The reason for this continuance is because the defense needs additional time to review discovery. Assistant United States Attorney, Karen Escobar, does not oppose this request.

///
///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and 3161(B)(ii)(iv).

LAWRENCE G. BROWN
United States Attorney

DATED:  June 25, 2009        By:     /S/ Karen A. Escobar
                                     KAREN A. ESCOBAR
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED:  June 25, 2009        By      /s/ Victor M. Chavez
                                     VICTOR M. CHAVEZ
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Leobardo Zuniga-Gomez

**O R D E R**

IT IS SO ORDERED.

**Dated:   June 26, 2009**              /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hrg

2