1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  LEOBARDO ZUNIGA-GOMEZ,

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:08-cr-0134 AWI
                                       )
12                  Plaintiff,         )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE; ORDER
13           v.                        )
                                       )   Date:  August 31, 2009
14  LEOBARDO ZUNIGA-GOMEZ,             )   Time:  9:00 a.m.
                                       )   Judge: Hon. Anthony W. Ishii
15                  Defendant.         )
                                       )
16  _____)

17        IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel

18  of record that the Status Conference in the above captioned matter scheduled for August 17, 2009 at 9:00

19  a.m. may be continued to August 31, 2009 at 9:00 a.m.

20        The reason for this continuance is because the defense needs additional time to consider the issue

21  of a potential conflict. Assistant United States Attorney, Karen Escobar, does not oppose this request.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1       The parties also agree that any delay resulting from this continuance shall be excluded in the

2   interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

3

4                                           McGREGOR W. SCOTT
                                            United States Attorney

5

6   DATED:  August 13, 2009          By:    /S/ Karen A. Escobar
                                            KAREN A. ESCOBAR

7                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff

8

9                                           DANIEL J. BRODERICK
                                            Federal Public Defender

10

11  DATED:  August 13, 2009          By  /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ

12                                      Assistant Federal Defender
                                        Attorney for Defendant

13                                      Leobardo Zuniga-Gomez

14

15

16

17

18                                  **O R D E R**

19
    IT IS SO ORDERED.
20
    **Dated:    August 14, 2009**          /s/ Anthony W. Ishii
21                                          CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hrg