ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
LEOBARDO ZUNIGA GOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: CR-F-08-0134 AWI |
| vs. | ) STIPULATION FOR CONTINUANCE |
| | ) AND ORDER THEREIN |
| LEOBARDO ZUNIGA GOMEZ, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, LEOBARDO ZUNIGA GOMEZ, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Karen Escobar, that the Status Conference now set for Monday, March 29, 2010 be continued to Monday, April 19, 2010 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: March 25, 2010

    /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
LEOBARDO ZUNIGA GOMEZ

Dated: March 25, 2010

    /s/ Karen Escobar
Karen Escobar,
Assistant United States Attorney

## ORDER

IT IS SO ORDERED. Good cause having been shown, the Status Conference now set for Monday, March 29, 2010 is vacated and is now scheduled to be held on Monday, April 19, 2010 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

Dated:   **March 25, 2010**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE