1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   LEOBARDO ZUNIGA GOMEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9
             EASTERN DISTRICT OF CALIFORNIA, FRESNO
10

11                        * * * * *

12
   UNITED STATES OF AMERICA,          )
13                                     )  Case No.: CR-F-08-0134 AWI
                Plaintiff,             )
14                                     )  STIPULATION FOR CONTINUANCE
        vs.                           )  AND ORDER THEREIN
15                                     )
                                       )
16                                     )
   LEOBARDO ZUNIGA GOMEZ,             )
17                                     )
                Defendant.             )
18                                     )
                                       )
19  _____

20

21
       IT IS HEREBY STIPULATED between the Defendant, LEOBARDO ZUNIGA
22
   GOMEZ, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and
23
   through Assistant United States Attorney, Karen Escobar, that the Status Conference now set
24
   for Monday, May 17, 2010 be continued to Monday, June 21, 2010 at 9:00 a.m.
25

26

27

28

                            Page 1

1    It is further stipulated by the parties that any delay resulting from this continuance

2  shall be excluded on the following basis:

3    1.   Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice
4         served by taking such action outweighs the best interest of the public and the
         defendant in a speedy trial;
5

6
     2.   Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable
7         to expect adequate preparation for pre-trial proceedings or for the trial itself
8         with the time limits established due to the complexity of the case.

9

10                                   Respectfully submitted,

11
  Dated: May 13, 2010
12

13
                                     ____/s/ Anthony P. Capozzi____
14                                   Anthony P. Capozzi,
                                     Attorney for Defendant,
15                                   LEOBARDO ZUNIGA GOMEZ

16
17  Dated: May 13, 2010

18                                   ____/s/ Karen Escobar____
19                                   Karen Escobar,
                                     Assistant United States Attorney
20

21

22

23

24

25

26

27

28

1

**<u>ORDER</u>**

2

3          IT IS SO ORDERED.  Good cause having been shown, the Status Conference now

4    set for Monday, May 17, 2010 is vacated and is now scheduled to be held on Monday, June

5    21, 2010 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and

6
7    pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

8
     IT IS SO ORDERED.
9

10   **Dated:    May 13, 2010**                        **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28