```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CR-134 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| | ) | |
| LEOBARDO ZUNIGA-GOMEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

 Defendant LEOBARDO ZUNIGA-GOMEZ, by and through his attorney, ANTHONY CAPOZZI, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

 1. The parties to the above-captioned matter agree to vacate the current in limine schedule to further plea negotiations in this matter. To that end, the parties agree to vacate the August 2, 2010, filing date and reset the date for August 23, 2010, at 4:00 p.m. The parties further agree to vacate the August 23 date

1

for the filing of in limine responses and reset the filing date for September 7, 2010, at 4:00 p.m.

DATED: August 2, 2010                              Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  By: /s/ Karen A. Escobar
                                                     KAREN A. ESCOBAR
                                                  Assistant U.S. Attorney


                                                /s/ Anthony Capozzi
                                                ANTHONY CAPOZZI
                                                Attorney for Defendant
                                                Leobardo Zuniga-Gomez

O R D E R

    Having read and considered the foregoing stipulation,

    IT IS THE ORDER of the Court that the current filing date for in limine motions of August 2 is hereby vacated and is reset for August 23, 2010, at 4:00 p.m.

    IT IS THE ORDER of the Court that the current filing date for responses to in limine motions of August 23 is hereby vacated and is reset for September 7, 2010, at 4:00 p.m.

    Time has previously been ordered excluded to and through the September 28 trial date in this matter.


IT IS SO ORDERED.

Dated:     August 2, 2010          _____
                                 CHIEF UNITED STATES DISTRICT JUDGE