ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
LEOBARDO ZUNIGA GOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LEOBARDO ZUNIGA GOMEZ,<br><br>    Defendant. | Case No.: CR-F-08-0134 AWI<br><br>STIPULATION FOR CONTINUANCE AND ORDER THEREIN |

IT IS HEREBY STIPULATED between the Defendant, LEOBARDO ZUNIGA GOMEZ, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Karen Escobar, that the Status Conference now set for Monday, December 13, 2010 be continued to Monday, January 24, 2011 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(7)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: December 7, 2010

    /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
LEOBARDO ZUNIGA GOMEZ

Dated: December 7, 2010

    /s/ Karen Escobar
Karen Escobar,
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Status Conference now set for Monday, December 13, 2010 is vacated and is now scheduled to be held on Monday, January 24, 2011 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

IT IS SO ORDERED.

Dated:     December 10, 2010

CHIEF UNITED STATES DISTRICT JUDGE