1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   LEOBARDO ZUNIGA GOMEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT
9
              EASTERN DISTRICT OF CALIFORNIA, FRESNO
10
11                           * * * * *

12
   UNITED STATES OF AMERICA,      ) Case No.: CR-F-08-0134 AWI
13                                )
          Plaintiff,               ) STIPULATION FOR CONTINUANCE
14                                ) AND ORDER THEREIN
       vs.                         )
15                                )
                                   )
16                                )
   LEOBARDO ZUNIGA GOMEZ,         )
17                                )
          Defendant.               )
18                                )
                                   )
19 _____

20

21     IT IS HEREBY STIPULATED between the Defendant, LEOBARDO ZUNIGA
22 GOMEZ, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and
23 through Assistant United States Attorney, Karen Escobar, that the Status Conference now set
24 for Monday, January 24, 2011 be continued to Monday, March 7, 2011 at 9:00 a.m.
25     It is further stipulated by the parties that any delay resulting from this continuance
26 shall be excluded on the following basis:
27
       1.     Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice
28            served by taking such action outweighs the best interest of the public and the
              defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(7)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Dated: January 18, 2011

Respectfully submitted,

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
LEOBARDO ZUNIGA GOMEZ

Dated: January 18, 2011

/s/ Karen Escobar
Karen Escobar,
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED. Good cause having been shown, the Status Conference now set for Monday, January 24, 2011 is vacated and is now scheduled to be held on Monday, March 7, 2011 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

IT IS SO ORDERED.

Dated: January 18, 2011

CHIEF UNITED STATES DISTRICT JUDGE