1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   LEOBARDO ZUNIGA GOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| UNITED STATES OF AMERICA, | ) Case No.: CR-F-08-0134 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION FOR CONTINUANCE |
| | ) AND ORDER THEREIN |
| LEOBARDO ZUNIGA GOMEZ, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED between the Defendant, LEOBARDO ZUNIGA GOMEZ, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Karen Escobar, that the Status Conference now set for Monday, March 21, 2011 be continued to Friday, April 1, 2011 at 9:00 a.m.

   It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

   1.   Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(7)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: March 16, 2011

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
LEOBARDO ZUNIGA GOMEZ

Dated: March 16, 2011

/s/ Karen Escobar
Karen Escobar,
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED. Good cause having been shown, the Status Conference now set for Monday, March 21, 2011 is vacated and is now scheduled to be held on Friday, April 1, 2011 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

IT IS SO ORDERED.

Dated:   March 17, 2011

CHIEF UNITED STATES DISTRICT JUDGE